**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

FILED
IN COURT
CHARLOTTE, N. C.

JUL 2 0 2007

U. S. DISTRICT COURT
W. DIST. OF N. C.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | DOCKET NO. 3:07CR154-C |
| | ) | |
| | ) | |
| (1) ALVIN WOODY | ) | |
| (2) KATHLEEN GIACOBBE | ) | |
| (3) PORFIRIO ORTA-ROSARIO | ) | |
| (4) STEPHEN GIACOBBE | ) | |
| (5) CHRISTOPHER OTIKO | ) | |

<u>**ORDER UNSEALING INDICTMENT AND ARREST WARRANTS**</u>

UPON MOTION of the United States of America, by and through Gretchen C. F. Shappert, United States Attorney for the Western District of North Carolina, for an order unsealing the Bill of Indictment and Arrest Warrants in the case numbered above; and

IT APPEARING TO THE COURT that there no longer exists any danger to the attendant investigation in this case;

NOW, THEREFORE, IT IS ORDERED that the Bill of Indictment and Arrest Warrants in the above-captioned case be unsealed.

This the 20th day of July, 2007.

*Carl Horn, III*

UNITED STATES MAGISTRATE JUDGE