**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:07CR154-C**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **ORDER** |
| **ALVIN WOODY, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on Defendant Alvin Woody's three "Motion[s] for Special or Pro Hac Vice Admissions pursuant to LR 83.1(B)" (document ##28, 29, 30) filed August 2, 2007, requesting admission of Attorneys Craig Gillen, Max Kravitz, and Janet Kravitz to represent the Defendant Alvin Woody. For the reasons set forth therein, the motion will be **GRANTED**.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED**.

Signed: August 2, 2007

_____
Carl Horn, III
United States Magistrate Judge