IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:07CR154-C

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| **ALVIN WOODY (1), KATHLEEN** ) | |
| **GIACOBBE (2), PORFIRIO ORTA-** ) | |
| **ROSARIO (3), STEPHEN** ) | |
| **GIACOBBE (4), and CHRISTOPHER** ) | |
| **OTIKO (5),** ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

**THIS MATTER** is before the Court on "Defendant Alvin Woody's Motion . . . In The Alternative . . . To Appoint A Special Master" filed August 30, 2007 (document #64), and on referral from the Honorable Robert J. Conrad, Jr. by Order entered December 4, 2007 (document #79). In his December 4 Order Judge Conrad denied the other relief requested by Defendant Woody in the subject Motion (that is, the alternative motions to dismiss and to suppress evidence), but referred the "Motion . . . To Appoint A Special Master" to the undersigned for an evidentiary hearing and thereafter for resolution.

**NOW THEREFORE**, a hearing shall be conducted **on Thursday, January 17, 2008**, beginning at 10:00 a.m. in Courtroom #3 on the second floor of the United States Courthouse, 401 W. Trade Street, Charlotte, North Carolina. Counsel shall be prepared at that time to present evidence and/or to argue the merits of their respective positions.

The Clerk is directed to send copies of this Order to Craig A. Gillen, Janet Kravitz, and R. Deke Falls, counsel for Defendant Woody; to Dana O. Washington, Melissa K. Rikard, and Jennifer

A. Youngs, all Assistant United States Attorneys representing the Government; <u>and to the presiding Judge, the Honorable Robert J. Conrad, Jr.</u>

**SO ORDERED.**

Signed: December 10, 2007

Carl Horn, III
United States Magistrate Judge