UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:07CR154-C |
| v. | ) | |
| | ) | |
| ALVIN WOODY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

UPON THE JOINT MOTION of the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, and Alvin Woody, by and through his counsel of record, Craig Gillen, for an order directing that the sum of $38,492.00 be deposited and held by the deposit fund of the United States District Court for the Western District of North Carolina, Charlotte Division, until further notice by the Court,

**IT IS HEREBY ORDERED** that the Joint Motion is GRANTED, and that the Clerk shall deposit and hold in the Court's deposit fund the sum of $38,492.00 until further notice by this Court.

This the 30th day of July 2008.

_____
ROBERT J. CONRAD
CHIEF UNITED STATES DISTRICT JUDGE