UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07cr154

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ALVIN WOODY ) | |

**THIS MATTER** is before the Court on the government's motion to release two assets for partial satisfaction of defendant's reported civil liability for federal taxes. (Doc. No. 200). The government and defense counsel consented in open court to the release of the assets.

The first asset is identified in ¶ 1 of the Consent Order and Judgment filed on July 30, 2008, as follows:

**(b) Real property known as 1317 Big Brush Creek Road, Yancey County, North Carolina**.

The second asset is not mentioned in the Consent Order and Judgment. It consists of the sum of $38,492.00 deposited with the Clerk pursuant to the Court's order of July 30, 2008.

**IT IS THEREFORE ORDERED**:

1. That the Consent Order and Judgment is amended by deleting the real property described above; and,

2. Upon receipt of notice, levy, or other proper authority from the United States Internal Revenue Service (IRS), the Clerk is authorized and directed to release and transfer the subject $38,492.00 to the IRS.

Signed: June 4, 2009

Robert J. Conrad, Jr.
Chief United States District Judge