IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:07cr154-RJC

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | FINAL ORDER AND JUDGMENT |
| v. ) | CONFIRMING FORFEITURE |
| ) | |
| ALVIN WOODY ) | |

**THIS MATTER** comes before the Court upon Motion of the United States for a Final Order and Judgment of Forfeiture. (Doc. No. 430).

After review of the record, the Court finds as follows:

On July 30, 2008, this Court entered a Consent Order and Judgment of Forfeiture based upon Defendant's plea of guilty to Counts One and Ninety-seven in the Bill of Indictment and evidence already in the record. (Doc. No. 114). The Consent Order was signed by Defendant and included a waiver by his wife of her interest in the forfeited properties.

On September 16, 2009 through October 15, 2009, the United States published, via www.forfeiture.gov, notice of this forfeiture and of the intent of the government to dispose of the forfeited property according to law, and further notice to all third parties of their right to petition the Court within sixty days from September 16, 2009, for a hearing to adjudicate the validity of any alleged legal interest in the property. (Doc. Nos. 316, 317). The Government also sent direct personal notice to Defendant's wife, Mona Woody. (Doc. Nos. 428, 429).

It appears from the record that no such petitions have been filed. Based on the record in this case, including the defendant's plea of guilty, the Court finds, in accordance with Rule 32.2(c)(2), that the Defendant had an interest in the property that is forfeitable under the applicable statute.

**IT IS, THEREFORE, ORDERED**:

In accordance with Rule 32.2(c)(2), the Consent Order and Judgment of Forfeiture, (Doc. No. 114), is confirmed as final. All right, title, and interest in the following property, whether real, personal, or mixed, have been forfeited to the United States for disposition according to law:

**The real property known as Lot 11, Block 1, Savannah Point Subdivision, Savannah Lakes Village, McCormick County, South Carolina;**

**One 2004 Bentley Pontoon Boat, Hull ID No. BNT30088F304, and 2003 WESC trailer, VIN 1W7B2241431005276;**

**All funds on deposit in the following certificates or accounts at BB&T in Taylorsville, North Carolina:**

 **No. xxxxxx8706 in the name of Alvin Woody and Mona Woody;**

 **No. xxxxxx9180 in the name of Alvin Woody and Mona Woody;**

 **No. xxxxxx2055 in the name of Alvin Woody and Mona Woody;**

 **No. xxxxxx6147 in the name of Home IV Care of N.C., Inc.; and**

 **No. xxxxxx5236 in the name of Home IV Care of N.C., Inc.; and**

**All assets in the following brokerage accounts at Principal Financial Group and/or Principal Life Insurance Company:**

 **No. xxx-xx3998 in the name of Alvin Woody;**

 **No. xxx-xx4004 in the name of Mona Woody;**

 **No. xxx-xx3008 in the name of Alvin Woody;**

 **No. xxx-xx6951 in the name of Mona Woody; and**

 **No. xxx-xx6952 in the name of Alvin Woody.**

Principal Life Insurance Company, Pershing LLC, and/or any other affiliated company or entity (hereinafter, whether individually or collectively, referred to as "Principal/Pershing"), as the holder of any deferred annuity contract or financial account listed above, having been served with

notice of the preliminary order, is hereby ordered to liquidate, release, and transfer to the United States Marshals Service the account value of each deferred annuity contract, that is, No. xxx-xx6951 and No. xxx-xx6952, and each financial account listed above, with no withholding for taxes but with the deduction of fees authorized by contract; provided, that an accounting and explanation of any and all such fees shall be provided to the Marshals Service.

The government, to the extent necessary to facilitate the identification and transfer of assets held by Principal/Pershing, shall provide the unredacted annuity contract and account numbers upon request by Principal/Pershing.

Robert J. Conrad, Jr.
United States District Judge